IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **RANDY SAENZ and TEXAS PHILLY STATION, INC.** | § § § § § | |
| *Plaintiffs,* | § § | |
| V | § § | C.A. NO.: 6:20-cv-00029 |
| **GREAT LAKES INSURANCE SE** | § § § | |
| *Defendant.* | § | |

## ORDER

Came on to be considered this day the *Joint Motion and Stipulation for Dismissal with Prejudice of all Claims* ("Joint Stipulation") filed in this cause by Plaintiffs Randy Saenz and Texas Philly Station, Inc. and Defendant Great Lakes Insurance SE. After considering said Stipulation and the agreement of the parties expressed therein, the Court:

**GRANTS** the Joint Stipulation and hereby dismisses with prejudice all claims that have or could have been brought in this suit by Randy Saenz and Texas Philly Station, Inc. against Great Lakes Insurance SE.

Signed this __10th__ day of __September__, 2021.

_Drew B Tipton_
**U.S. DISTRICT JUDGE**